# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.  
Suite 301-A  
Astoria, NY 11103

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

October 14th, 2020

Honorable Jesse M. Furman  
United States District Judge  
40 Foley Square  
New York, NY 10007

Re: Agramonte v. Gurum Corporation. et al, 20-cv-4819

Your Honor,

I write on behalf of both parties to respectfully request that the Court permit the parties to adjourn the initial conference *sine dine* and to permit the parties to submit a status letter and proposed case management plan by ECF one week after the conclusion of the currently scheduled November 24th, 2020 court mediated settlement conference.

If the parties encounter disputes regarding the content of the case management plan, they will raise those disputes in the status letter, at the Court's discretion.

The initial pretrial conference currently scheduled for October 22, 2020 is ADJOURNED to **December 10, 2020** at **3:00 p.m.** The parties shall submit the joint letter and proposed Case Management Plan the Thursday prior to the conference per the Court's order of June 25, 2020. ECF No. 11. The Clerk of Court is directed to terminate ECF No. 31. SO ORDERED.

*[signature]*  
October 14, 2020

/s/Colin Mulholland, Esq.  
Colin Mulholland, Esq.  
30-97 Steinway, Ste. 301-A  
Astoria, New York 11103  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*